# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANGUIANO BETANCOURT,<br><br>          Petitioner,<br><br>    v.<br><br>GLEN E. PRATT,<br><br>          Respondent. | Case No. 2:22-cv-02811-SB (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DISMISS HABEAS PETITION** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to Dismiss Habeas Petition and any relevant records if needed. Because the time for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

      THEREFORE, the Court accepts the Report and Recommendation and orders that the petition under 28 U.S.C. § 2254 be DISMISSED for lack of jurisdiction. Judgment will be entered accordingly dismissing this action without prejudice.

      IT IS SO ORDERED.

DATED: April 19, 2024

                                              STANLEY BLUMENFELD, JR.<br>                                              United States District Judge