# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANGUIANO BETANCOURT,<br><br>        Petitioner,<br><br>    v.<br><br>GLEN E. PRATT,<br><br>        Respondent. | Case No. 2:22-cv-02811-SB (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Dismiss Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed for lack of jurisdiction and that this action is dismissed without prejudice.

DATED: April 19, 2024

STANLEY BLUMENFELD, JR.
United States District Judge